UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JUSTIN JAMES EUGENE CLARK, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> SUPERINTENDENT, ) <br> ) <br> Respondent. ) | CAUSE NO. 3:17-CV-318-JD-MGG |

OPINION AND ORDER

Justin James Eugene Clark, a prisoner without a lawyer, filed a habeas corpus petition challenging his prison disciplinary hearing in ISP 17-01-216 where a Disciplinary Hearing Officer (DHO) found him guilty of threatening another in violation of Indiana Department of Correction Policy B-213. ECF 2 at 1. As a result, he was sanctioned with the loss of 90 days earned credit time.

After Clark filed his petition, the finding of guilt and the sanctions were vacated, and the charges against him were dismissed. ECF 7-2. The respondent has filed a motion to dismiss because this case is now moot. ECF 7. Because the challenged disciplinary proceeding and sanctions have been vacated, this case must be dismissed. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement). Clark argues that dismissal of his petition "would fail to hold the Respondent responsible for their failure to uphold policies within the department of corrections." ECF 11 at 2. However, the scope of this court's review is limited to determining whether Clark's due process rights were violated by the imposition of his discipline in ISP 17-01-216. *See Estelle v. McGuire*, 502 U.S. 62, 68 (1991)

("state-law violations provide no basis for federal habeas relief"); *Keller v. Donahue*, 271 F. App'x 531, 532 (7th Cir. 2008) (inmate's claim that prison failed to follow internal policies had "no bearing on his right to due process"). Because he has obtained all relief possible, there is nothing left for this court to review.

For these reasons, the motion (ECF 7) is GRANTED and this case is DISMISSED. The clerk is DIRECTED to close this case.

SO ORDERED.

ENTERED: September 5, 2017

/s/ JON E. DEGUILIO
Judge
United States District Court